MAYEMORI KANA AND KAMATO MAYEMORI, SUCCESSORS TO MAYEMORI KANA, KAMATO MAYEMORI, NAKAMURA KAMESO AND OYATA KAMADA *v.* HAKALAU PLANTATION COMPANY, LIMITED.

## No. 1372.

ERROR TO CIRCUIT JUDGE FOURTH CIRCUIT.
HON. J. W. THOMPSON, JUDGE.

ARGUED FEBRUARY 28, 1922.  DECIDED MARCH 1, 1922.

COKE, C. J., KEMP AND EDINGS, JJ.

*Per Curiam:* This is a suit in equity instituted to compel the respondent to account to complainants for the amount of a bonus alleged to be due complainants on the sale of a sugar crop. The complainants admit the payment to them of the full amount of the purchase price of the sugar but now claim a large additional sum by way of bonus. The judge of the court below at the conclusion of the hearing found in favor of the respondent and dismissed the bill of complaint.

Little need be said in disposing of the cause. The respondent bought complainants' sugar crop and made complete payment therefor. The record fails to establish any contract either express or implied which would in any way obligate the respondent to pay the complainants any additional amount either by way of bonus or otherwise. The record before us divulges no claim against the respondent enforceable either at law or in equity.

The decree of the court below is affirmed.

*J. S. Ferry* for plaintiffs in error.
*C. S. Carlsmith* for defendant in error.